UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE GILES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM FELKER, et al.,<br><br>　　　　　Defendants. | No.  2:11-cv-1825-WBS-EFB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On March 4, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant Nachiondo has filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2014, are adopted in full;

2. Defendant Nachiondo's April 1, 2013 motion to dismiss (ECF No. 29) is denied without prejudice; and

3. The April 26, 2013 motion to dismiss brought by defendants Felker, Roche, and Wong (ECF No. 36) is granted as to plaintiff's claims for systemic injunctive relief and otherwise denied without prejudice.

Dated:  March 31, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE