UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DWAYNE GILES,

      Plaintiff,

  v.

TOM FELKER, et al.,

      Defendants.
_____/

No. 2:11-cv-1825-WBS-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Dwayne Giles, CDCR # AD 5230, a necessary and material witness in a settlement conference in this case on June 10, 2014, is confined in California Men's Colony (CMC), Highway 1, San Luis Obispo, California 93409, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U.S. District Court, Courtroom No. 25, 501 I Street, Sacramento, California 95814, on Tuesday, June 10, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 30, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE