IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE GILES,** | 2:11-cv-1825-WBS-EFB P |
| Plaintiff, | **[PROPOSED] AMENDED ORDER** |
| v. | |
| **TOM FELKER, ET AL.,** | |
| Defendants. | |

Good cause appearing, Defendants Felker, Wong, and Roche's request to take Plaintiff's deposition by videoconference, as joined by defendant Nachiondo, is GRANTED. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

Dated:   May 12, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order  (2:11-CV-1825 EFB P)