UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE GILES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOM FELKER, et al.,<br><br>　　　　　Defendants. | Case No.  2:11-cv-01825-EFB<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT S. M. ROCHE, M.D.**<br><br>[~~PROPOSED~~] |

Defendant S.M. ROCHE, M.D., having filed a Request for court approval of substitution of attorneys, seeks to substitute the Office of the Attorney General, Joanna Breiden Hood, Deputy Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen, LLP, as attorneys of record.

For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant S.M. ROCHE, M.D., M.D. in this action.

IT IS SO ORDERED.

Dated:  July 23, 2014.

_____
Honorable Edmund F. Brennan
U.S. Magistrate Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-0096-7708 v1

2:11-CV-01825-EFB
PROPOSED ORDER