UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE GILES,<br><br>            Plaintiff,<br><br>      v.<br><br>TOM FELKER, et al.,<br><br>            Defendants. | No. 2:11-cv-1825-WBS-EFB P<br><br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to compel defendants to answer his discovery requests. ECF No. 83. Defendants Felker, Nachiondo, and Wong oppose plaintiff's motion, and defendant Roche has not filed any response. ECF Nos. 84, 85. As explained below, plaintiff's motion to compel is denied as moot.

The court screened plaintiff's first amended complaint on November 19, 2012, and found that it stated cognizable claims against defendants Felker, Nachiondo, Roche, and Wong. ECF No. 19. Nachiondo filed an answer to plaintiff's amended complaint on April 10, 2014, ECF No. 51, and defendants Felker, Roche, and Wong did the same on April 15, 2014, ECF No. 52.

On April 21, 2014, the court issued a Discovery and Scheduling Order ("scheduling order"). ECF No. 53. Plaintiff subsequently filed a motion to modify the scheduling order. ECF No. 72. On October 7, 2014, the court granted plaintiff's motion and modified the scheduling

1  order. ECF No. 82.  The modified scheduling order explains that the parties may conduct

2  discovery until December 12, 2014, any motions necessary to compel discovery must be filed by

3  that date, and that all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 must be

4  served no later than October 14, 2014.  *Id.* at 4.

5     The day before the court modified the scheduling order, however, plaintiff filed the instant

6  motion to compel.  ECF No. 83.  Because the court had not yet ruled on plaintiff's motion to

7  modify the scheduling order, plaintiff requested that the court rule on that motion or, in the

8  alternative, compel defendants to answer his discovery requests.  *Id.* at 2.  In their opposition to

9  plaintiff's motion to compel, defendants explain that, in light of the modified scheduling order,

10 they are withdrawing their objection to plaintiff's discovery requests as untimely and will respond

11 without plaintiff re-serving the requests.  ECF No. 84 at 2; ECF No. 85 at 2.  Because defendants

12 have indicated that they will voluntarily respond to plaintiff's discovery requests, plaintiff's

13 motion to compel is denied as moot.[1]

14    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 83)

15 is DENIED.

16 DATED:  November 13, 2014.

17                                    EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] As noted above, defendant Roche has not filed a response to plaintiff's motion to compel.  In the event that Roche does not join Felker, Wong, and Nachiondo in voluntarily responding to plaintiff's discovery requests, plaintiff may file another motion to compel with the court.

2