UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE GILES, | No. 2:11-cv-1825-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| FELKER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party timely filed objections to the findings and recommendations. Plaintiff's March 10, 2016 request for a lengthy extension of time to file objections, ECF No. 133, was denied, ECF No. 134, for failure to show good cause for the extension.

On March 25, 2016, this Court adopted the findings and recommendations, granted defendants' motion for summary judgment and dismissed plaintiff's complaint without prejudice for failure to exhaust administrative remedies.

1

On March 28, 2016, plaintiff filed objections to the findings and recommendations and a motion for reconsideration of the order denying his request for an extension of time.

In an abundance of caution, the Court will vacate the March 25, 2016 order adopting the findings and recommendations and reconsider them in light of plaintiff's objections. See Fed. R. Civ. P. 59(e) and 60(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case, including plaintiff's objections to the findings and recommendations of the magistrate judge. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that that the order entered on March 25, 2016 (ECF No. 135) adopting in full the findings and recommendations, granting defendants' motion for summary judgment and dismissing plaintiff's complaint without prejudice for failure to exhaust administrative remedies is CONFIRMED. The July 20, 2015 motion for summary judgment filed by defendants Felker and Wong (ECF No. 101) and joined by defendants Roche and Nachiondo is granted; plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies; defendants' motions for summary judgment on the merits (ECF Nos. 100, 103) are denied without prejudice as moot; and the Clerk is directed to terminate ECF No. 137 and to close the case.

Dated:  April 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2