UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE GILES, | No. 2:11-cv-1825-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TOM FELKER, et al., | |
| Defendants. | |

On April 12, 2016, after this civil rights case was closed and judgment duly entered, plaintiff filed a notice of appeal. ECF Nos. 135, 136, 140. On April 19, 2016, the Ninth Circuit Court of Appeals dismissed the appeal pursuant to plaintiff's request. ECF Nos. 142, 143. On June 6, 2016, plaintiff filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 144. On June 27, 2016 and on July 5, 2016, plaintiff requested an extension of time to file a notice of appeal. ECF Nos. 147 & 149.

The court first addresses the extension of time request. According to the docket for the Court of Appeals, plaintiff's appeal was reinstated on June 9, 2016, pursuant to plaintiff's request. Giles v. Felker, No. 16-15683 (9th Cir.) (copy at ECF No. 7). Thus, plaintiff's requests for an extension of time to file a notice of appeal (ECF Nos. 147 & 149) are moot and denied as such.

Plaintiff's Rule 60(b) motion must also be denied. The Court of Appeals reminded plaintiff that "the district court may not consider a Federal Rule of Appellate Procedure 60(b)

1

motion in the absence of a limited remand from this Court." Id. Indeed, when a Rule 60(b) motion is filed in the district court after a notice of appeal has been filed, the district court lacks jurisdiction to entertain the motion. Katzir Floor & Home Designs, Inc. v. M- MLS.com, 394 F.3d 1143, 1148 (9th Cir. 2004). Therefore, the court cannot entertain plaintiff's motion for relief from judgment and that motion is denied without prejudice. The Clerk of the Court shall therefore terminate ECF No. 144.

IT IS SO ORDERED.

Dated:  August 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE